**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

ROBERT CARRIER                                                                                                  PLAINTIFF

vs.                                                      CIVIL ACTION NO. 3:13-CV-420-HTW-LRA

SANDRA ATWOOD, ET AL.                                                                              DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's complaint fails to state a claim upon which relief may be granted and should be dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 27th day of January, 2015.**

                                                                    s/ HENRY T. WINGATE
                                                                    UNITED STATES DISTRICT JUDGE